ISABELLA KNUDTSEN, Appellant, *v.* HARMON L. REMMEL, Respondent, Impleaded with Others.

Reported below, 141 App. Div. 445.
(Submitted September 30, 1912; decided October 8, 1912.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1910, which reversed a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Alfred G. Reeves* for motion.

*Theodore W. Morris, Jr.*, opposed.

Motion granted on payment of costs of appeal that have accrued to date of motion, together with ten dollars costs of the motion, within twenty days; on failure to comply with these terms the appeal is dismissed, with all costs and ten dollars costs of motion.